IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MELVIN T. HOUSTON,**

    **Plaintiff,**

vs.                                                          **Civil No. 08-1168 WPL/DJS**

**CASA CHEVROLET,**

    **Defendant.**

## **O R D E R**

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Modify Scheduling Order and Extend Case Management Deadlines **[Doc. No. 43]** filed on July 6, 2009. Plaintiff moves the Court for modification of the Scheduling Order (Doc. No. 33) and requests the current case management deadlines be extended by 150 days. Plaintiff initially filed this action pro se. On June 30, 2009, the Court entered its Order (Doc. No. 41) appointing counsel for Plaintiff. Plaintiff's counsel contends that, although discovery is set to terminate on July 17, 2009, no discovery has been completed, other than the Initial Disclosures. Additionally, Plaintiff intends to file a motion for leave to file an amended complaint. Accordingly, Plaintiff requests the current case management deadlines be extended an additional 150 days. The Court will grant the motion. Discovery deadlines are extended as follows:

    Discovery Termination Date:        December 14, 2009

    Discovery Motions Deadline:        December 23, 2009

    Plaintiff's Expert Deadline:          September 15, 2009

Defendant's Expert Deadline:     October 5, 2009

Pretrial Motions Deadline:        March 1, 2010

Pretrial Order/Plaintiff          May 5, 2010

Pretrial Order/Defendant          May 17, 2010

_____
**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**